IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GLENN LEONARD, APPRAISAL MANAGEMENT COMPANY LLC, and FLR ENTERPRISES LLC<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, Kurt G. Alme, in his capacity as United States Attorney for the District of Montana, the UNITED STATES FEDERAL BUREAU OF INVESTIGATION, Federal Bureau of Investigation Special Agent Troy Capser, Federal Bureau of Investigation Employee Allison Thurman and Other Unknown Federal Agents<br><br>Defendants. | Case No. CV-20-51-H-SEH<br><br><br><br>ORDER |

Plaintiffs have filed a Motion for Change of Venue in this matter. Upon reviewing the motion and supporting brief, the Court finds that there is good cause for moving this matter to the Missoula Division and, therefore, IT IS HEREBY ORDERED that this matter be re-assigned to the Missoula Division for further proceedings.

DATED this 7th day of July, 2020.

*Sam E. Haddon*
Sam E. Haddon, District Judge
United States District Court

- 2 -